

Harry Harmon <harryharmonjr@gmail.com>

## Matthew Ian Britt
1 message

**Laurie Catt** <lauriecatt1@gmail.com>  Tue, May 20, 2025 at 10:24 AM
To: "harryharmonjr@gmail.com" <harryharmonjr@gmail.com>

Dear Judge    I am writing to just say,I am Matthew's mom. I did the best I could as a single parent. We didn't have much and all I did was work to keep a roof over head but we lived in our car in rough areas .I feel Matthew tries hard to be a good person, he's looking for someone to love him .Judge I really hope you can see he's in need of a chance to experience good in life with the guidance of patient care.Hes always wanting to learn and do to make himself better ,I know he's not a bad person just not a great up bringing from the surroundings ,I am sorry I couldn't do more and came from a broken house myself. I was a young mom no real support and didn't know how to do it alone.I really hope you can see he's a fun loving person who has been dealt a lot.   Thanks for hearing me out.