Gmail

**Harry Harmon <harryharmonjr@gmail.com>**

---

## Letter for Matt
1 message

---

**Briam Timko** <briamtimko@gmail.com>                                Wed, May 21, 2025 at 2:09 PM
To: "harryharmonjr@gmail.com" <harryharmonjr@gmail.com>

---------- Forwarded message ---------
From: **Briam Timko** <briamtimko@gmail.com>
Date: Wed, May 21, 2025, 1:16 PM
Subject:
To: <espinozaanthony1@aol.com>

To the Honorable Judge Raymond A. Jackson,

My name is Briam Timko, I am writing you regarding my brother, Matthew Britt's case, to which he has pled guilty. I met my brother in 2015, visiting him for the first time in Virginia. We had spoken on the phone prior to that. I know that the absence and occasional presence of our father made things difficult for both of us during our childhoods. I can say that my brother's insistence is the reason why our father returned my attempts to contact him while in college. I have found my brother to be caring of both myself and those around him. He has been employed, seeking advancement in his jobs, and was in the process of buying a house when I last visited him in June of 2024. We have continued contact after his arrest, and he has expressed extreme remorse over what he has done. Also, he said he should have continued with self-care groups he had been attending. I have found out through family members that my brother was sexually abused in his youth and that does not excuse his behavior, however I do hope he can get help for this and that it may be considered. I believe with familial support, the support of his community, and with self-care that Matt can again be a productive member of society.  Thank you for your time.

Sincerely,

Briam Timko

*B. Timko*

101 Henry st

New Haven, CT 06511

(201)370-7998