Dear Judge Jackson,

My name is Linda D. Britt, I'm 78 years old. I use to work at Rick's Cafe, waffles and things, and a service station for over 10 years until the business closed. I developed a chronic health issue, along with a brain aneurysm and a mini stroke. I was left handicapped and was no longer able to walk or work. After 4 years of physical and occupational therapy Im now able to walk again.

I have known Mr. Matthew Britt his whole life, he is my grandson. I helped raise him for the first 3 years of his life until his birthmother took him away. He was a very lovable child and he listened to me. When he was young, he wouldn't talk back. One of my favorite memories was watching him play. He use to get into my kitchen cabinets and play with my pots and pans.

His birthmother would bring him back randomly back and forth when she felt she couldn't handle him. He did not have a steady home life. I was very close to him and would see him often until age 12. She than would leave him at home, alone. I feel he raised/took care of himself as a teenager.

Mr. Matthew Britt is a hard worker. He always checks on his grandma and was always there for me when he could be. My favorite thing about Matthew is He has a lot of love, tenderness and honesty in his heart. He is good to people. He tries to help people a lot and that usually gets him in trouble.

Yes I believe he is sorry for any crimes he is being charged for. I, 100 percent support Matthew. Yes I think he does have a bright future if he surrounds himself with good people and is given a chance. I know he loves his daughter. I have nothing bad to say about Matthew.

Sincerly,

Linda D. Britt

(757) 971-9655